[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 7, 2006
THOMAS K. KAHN
CLERK

No.  05-15464
Non-Argument Calendar

D. C. Docket No. 04-00134-CV-4

LAWTON CARL SMITH, JR.,

Plaintiff-Appellant,

versus

CITY OF SAVANNAH,
MICHAEL B. BROWN,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Georgia

**(March 7, 2006)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

After reviewing the record and the briefs in this case, we agree with the

district court – for the reasons stated in its September 8, 2005 order granting summary judgment – that Mr. Smith would have been demoted for insubordination notwithstanding the email he wrote on May 16, 2002, as president of the Chatham County Fire Chiefs Association, and that Mr. Brown is entitled to qualified immunity.

**AFFIRMED.**